Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JAMES SWANSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JAMES SWANSON, | Case No.: 2:13-cv-00111-KJM-CKD |
| Plaintiffs, | |
| v. | VOLUNTARY DISMISSAL |
| ALPHA RECOVERY CORP, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JAMES SWANSON, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.


Dated: July 11, 2013                                    KROHN & MOSS, LTD.


                                                        By:/s/ Ryan Lee, Esq.
                                                        Ryan Lee, Esq.
                                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq